Kathryn J. Halford (State Bar No.68141)
Sally S. Frontman (State Bar No. 227735)
WOHLNER KAPLON PHILLIPS
YOUNG & CUTLER
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, California 91436
Telephone: (818) 501-8030
Fax: (818) 501-5306
kjhalford@wkpyc.com
sfrontman@wkpyc.com

Attorneys for Plaintiff, the Board of Trustees of the
Joint Council of Teamsters No. 42 Health and Welfare
Trust Fund

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### (Western Division)

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE JOINT COUNCIL OF TEAMSTERS NO. 42 WELFARE TRUST FUND, <br><br> Plaintiff, <br><br> v. <br><br> FOASBERG LAUNDRY AND CLEANERS, INC., a California corporation, and DOES 1 through 10, inclusive, <br><br> Defendant. | CASE NO. CV11-10032-GAF (AJWx) <br><br> Hon. Gary A. Feess <br><br> **SECOND AMENDED JUDGMENT** <br><br> [Fed. R. Civ. P. 55(b); L.R. 55-1] <br><br> Date: July 20, 2012 <br> Time: 9:30 a.m. <br> Courtroom: 740 <br><br> Roybal Federal Building <br> 255 East Temple Street <br> Los Angeles, CA 90012 <br><br> Date Filed: 12/02/2011 <br> Default Entered: 03/09/12 |

1    This case came for hearing on July 20, 2012, before the Honorable Gary A.
2 Feess, United States District Court Judge.
3    It appearing that defendant, FOASBERG LAUNDRY AND CLEANERS, INC.,
4 a California corporation ("Defendant"), having been regularly served with process
5 and having failed to answer or otherwise respond to the complaint filed in this action,
6 and default having been entered on March 9, 2012; on application of plaintiff, THE
7 BOARD OF TRUSTEES ("Plaintiff") OF THE JOINT COUNCIL OF TEAMSTERS
8 NO. 42 WELFARE TRUST FUND ("Trust") to the Court and after having considered
9 the papers and arguments submitted in support thereof, and good cause appearing
10 therefore,
11    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall
12 have judgment in the amount of $15,788.66, as follows:
13    AS TO PLAINTIFF'S FIRST, SECOND AND THIRD CLAIMS FOR RELIEF
14 AGAINST FOASBERG LAUNDRY AND CLEANERS, INC., a California
15 corporation:
16 1.   Unpaid contributions ................................. $6,480.00
17 2.   Liquidated damages ................................. $2,227.80
18 3.   Interest through 06/25/12 ............................. $466.28
19 4.   Attorney fees ...................................... $5,995.00
20 5.   Costs ............................................. $619.58
21 **TOTAL ........................................... $15,788.66**
22
23 Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at
24 the rate of .17% per annum.
25 ///
26 ///
27 ///
28 ///

AS TO PLAINTIFF'S FOURTH CLAIM FOR RELIEF AGAINST FOASBERG LAUNDRY AND CLEANERS, INC., a California corporation:

1. For issuance of both preliminary and permanent injunctions restraining and enjoining Defendant for so long as Defendant remains bound to make contribution payments to the Trust from failing to deliver or cause to be delivered to Plaintiff no later than the 20th day of the month following the month in which the work was performed:

    a. A complete, truthful, and accurate trust fund report covering all employees of Defendant employed during the previous month under CBA and Trust Agreement;

    b. A declaration from a responsible employee of Defendant attesting from his or her personal knowledge under pain and penalties of perjury to the completeness, truthfulness, and accuracy of the report; and

    c. A check or draft for the full amount owing to the Trust for each employee performing covered work.

Dated: August 2, 2012

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT COURT JUDGE
CENTRAL DISTRICT OF CALIFORNIA